UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: VINCENT DWYNE HOWARD<br><br>Debtor<br>_____<br><br>VINCENT DWYNE HOWARD,<br><br>Appellant.<br><br>v.<br><br>RAY HODGE & ASSOCIATES, LLC,<br><br>Appellee.<br>_____<br><br>RAY HODGE & ASSOCIATES, LLC,<br><br>Appellant,<br><br>v.<br><br>VINCENT DWYNE HOWARD,<br><br>Appellee. | Nos. 24-2292 & 24-3833<br><br>D.C. No.<br>23-1072<br><br>Bankruptcy Appellate Panel for California Central,<br>Santa Ana<br><br>MANDATE |

The judgment of this Court, entered March 11, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT